No. 03–5366. HITZIG v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–5367. GRIX v. FLORIDA FISH AND WILDLIFE CONSERVATION COMMISSION. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 03–5368. HINCAPIE v. FISCHER, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 03–5369. FAUST v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–5370. BARNES v. BUSH, PRESIDENT OF THE UNITED STATES, ET AL. C. A. 6th Cir. Certiorari denied.

No. 03–5373. LYNN v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–5374. GEITZ v. GAMMON, SUPERINTENDENT, MOBERLY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 03–5375. SPINDLE v. BROWNLEE, ACTING SECRETARY OF THE ARMY, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–5376. ALLAH, AKA MEYERS v. MONTGOMERY, DEPUTY DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 03–5377. WALLACE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–5379. THOMAS v. GIURBINO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–5380. BURNETT v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–5381. STEVENSON v. SUGGS ET AL. Sup. Ct. Haw. Certiorari denied.